IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel*. VALUEOPTIONS OF NEW )<br>MEXICO, INC., )<br>  )<br>　　　　Relator, )<br>  )<br>vs. )<br>  )<br>PSYCHIATRIC SOLUTIONS, INC., et al., )<br>  )<br>　　　　Defendants. )<br>  )<br>_____ ) | CIV 09-154 LH/WPL |

## **ORDER**

As noted in Doc. 35, the United States having declined to intervene in this action with regard to the relator's Amended Complaint [Doc. 27], pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B);

**IT IS HEREBY ORDERED** that:

　　1.　　The Amended Complaint be unsealed and served upon the defendants by the relator;

　　2.　　This Order and the United States' Notice of Election to Decline Intervention With Regard to Amended Complaint shall be served by the relator upon the defendants along with service of the Amended Complaint;

　　3.　　Subject to, and in addition to, this Court's Order of August 13, 2009 [Doc. 15], the seal shall be lifted as to all matters occurring in this action from and after the date of this Order, including this Order.  This Court's Order of August 13, 2009 [Doc. 15] shall remain in full force and effect.

4. The parties shall serve all pleadings filed in this action upon the United States, and shall supply the United States at the United States' expense, copies of all deposition transcripts; all as provided for in 31 U.S.C. § 3730(c)(3). In addition, all orders of this Court shall be sent to counsel for the United States;

5. If the relator moves further to amend the Amended Complaint or files any other claim under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3739 *et seq.*, such filing shall be done under seal pursuant to 31 U.S.C. § 3730(b), and the United States shall have the opportunity to investigate and determine whether to intervene with respect to any such amended complaint or other claim, as provided by 31 U.S.C. § 3730(b).

6. Pursuant to 31 U.S.C. § 3730(c)(3), the United States is entitled to move to intervene in this action at a later time;

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will pursuant to 31 U.S.C. §3730(b)(1) solicit the written consent of the United States before ruling or granting its approval.

_____
SENIOR UNITED STATES DISTRICT JUDGE