UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable William P. Lynch, United States Magistrate Judge

*Clerk's Minutes*

| | |
|---|---|
| **Case:** | ValueOptions v. Psychiatric Solutions, Inc., et al. |
| **Case No.:** | 9cv154 LH/WPL |
| **Date:** | January 18, 2011 |
| **Clerk:** | epc |
| **Type of Proceeding:** | Status Conference |
| **Attorneys for Plaintiff:** | Larry B. Selkowitz & Mark T. Baker |
| **Attorneys for Defendants:** | Steven Riley, Deborah Mann, & Trey McGee |
| **Proceedings Commenced:** | 10:02 a.m. |
| **Court in Recess:** | 10: 21 a.m. |

**Proceedings:**

1. The parties discussed with the Court the order unsealing the case, (Doc. 36). The Defendants did receive a copy of the amended complaint. Mr. Riley and Ms. Mann expressed concern that the order has not changed the technical status of the case on CM/ECF. Mr. Riley also stated that the order did not unseal the past filings in the case. Mr. Selkowitz will discuss the breadth of the order unsealing the case with Assistant U.S. Attorney Howard Thomas.

2. The Court heard the parties' arguments for an extended briefing schedule on the Defendants' motion to dismiss. The Court advised the parties that the motion to dismiss would be due March 7, 2011, the response would be due April 4, 2011 and the reply would be due fourteen (14) days later. The Court instructed the parties to submit a motion and proposed order requesting this extended briefing schedule and staying discovery while the motion is pending.

3. The parties requested that a settlement conference be set before the Court. The parties will determine dates in April when they are available and will contact the Court with those dates.