# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES ex rel VALUE OPTIONS OF NEW MEXICO, INC.,** | ) ) ) | |
| **Relator,** | ) ) | |
| **v.** | ) ) | **NO.: 6:09-cv-00154 LH/WPL** |
| **PSYCHIATRIC SOLUTIONS, INC., BHC MESILLA VALLEY HOSPITAL d/b/a MESILLA VALLEY HOSPITAL and PEAK BEHAVIORAL HEALTH SERVICES, INC.,** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## ENTRY OF APPEARANCE

COME NOW Bannerman & Johnson, P.A. (Deborah E. Mann and David H. Johnson) and Riley, Warnock & Jacobson, PLC (Steven A. Riley and Milton S. McGee, III) and enter their appearances on behalf of Defendants Psychiatric Solutions, Inc., BHC Mesilla Valley Hospital d/b/a Mesilla Valley Hospital, and Peak Behavioral Health Services, Inc.

Pursuant to Local Rule LR-CV 83.3, Deborah E. Mann hereby certifies that Steven A. Riley and Milton S. McGee, III are members in good standing of the United States District Court, Middle District of Tennessee.  Copies of Certificates of Good Standing for Mr. Riley and Mr. McGee are available in Ms. Mann's office.  Ms. Mann or Mr. Johnson will continue in the action unless another Federal Bar member is substituted.

Respectfully Submitted,

BANNERMAN & WILLIAMS, P.A.


_____/s/ Deborah E. Mann_____
Deborah E. Mann
David H. Johnson
2201 San Pedro NE
Suite 2-207
Albuquerque, NM 87110
Phone: (505) 837-1900
Fax: (505) 837-1800
dem@nmcounsel.com
dhj@nmcounsel.com

---AND---

RILEY, WARNOCK & JACOBSON, PLC


Telephonic approval 1/12/11_____
Steven A. Riley
Milton S. McGee, III
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **18th** day of January, 2011, I caused the Entry of Appearance to be filed electronically with the Court using the Case Management/Electronic Case Filing system, which will automatically serve notice of same upon the following counsel for Relator via electronic mail:

Mark T. Baker
Long, Pound & Komer, P.A.
2200 Brothers Road
P. O. Box 5098
Santa Fe, NM 87502-5098
Telephone: (505) 982-8405
Facsimile: (505) 982-8513
lpk@nm.net

Larry B. Selkowitz
Alan M. Gnessin
Stevens & Lee
17 North Second Street, 16th Floor
Harrisburg, PA 17101
Telephone: (717) 255-7368
Facsimile: (610) 371-7751
lbs@stevenslee.com
amg@stevenslee.com

BANNERMAN & JOHNSON, P.A.

By ____/s/ Deborah E. Mann_____
        Deborah E.Mann