**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES ex rel VALUE | ) | |
| OPTIONS OF NEW MEXICO, INC., | ) | |
| | ) | |
|     Relator, | ) | |
| | ) | |
| v. | ) | NO.: 6:09-cv-00154 LH/RLP |
| | ) | |
| PSYCHIATRIC SOLUTIONS, INC., | ) | |
| BHC MESILLA VALLEY HOSPITAL | ) | |
| d/b/a MESILLA VALLEY HOSPITAL | ) | |
| and PEAK BEHAVIORAL HEALTH | ) | |
| SERVICES, INC., | ) | |
| | ) | |
|     Defendants. | ) | |

**NOTICE OF COMPLETION OF BRIEFING**

The parties hereby give notice to the Court that briefing is complete on the parties' Joint Motion to Stay [Doc. 40], filed on February 16, 2011..  The Motion is ripe for decision.

Respectfully submitted,

DATED:  February 16, 2011       BANNERMAN & JOHNSON, P.A.

/s/ Deborah E. Mann
Deborah E. Mann, Esquire
David H. Johnson, Esquire
2201 Indian School Rd. NE
Building 2, Suite 207
Albuquerque, NM 87110
(505) 837-1900
(505) 837-1800 (facsimile)
dem@nmcounsel.com
dhg@nmcounsel.com

--and—

RILEY WARNOCK & JACOBSON, PLC

    Steven A. Riley, Esquire
    Milton S. McGee, III, Esquire
    1906 West End Avenue
    Nashville, TN  37203
    (615) 320-3700
    (615) 320-3737 (facsimile)
    sriley@rwjplc.com
    tmcgee@rwjplc.com

*Counsel for Defendants*


LONG, POUND & KOMER, P.A.

By:*Approved via e-mail on 2/16/11*
    Mark T. Baker, Esquire
    2200 Brothers Road
    P. O. Box 5098
    Santa Fe, NM  87502-5098
    505-982-8405
    505-982-8513 (FAX)
    mbaker@nm.net

      --and

STEVENS & LEE

    Larry B. Selkowitz, Esquire
    Attorney I.D. 16276
    17 North Second Street, 16th Floor
    Harrisburg, PA 17101
    (717) 255-7376 (Phone)
    (717) 234-1099 (Fax)
    lbs@stevenslee.com

*Counsel for Plaintiff/Relator*

2