EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES ex rel VALUEOPTIONS OF NEW MEXICO, INC., <br><br> Relator <br><br> and <br><br> VALUEOPTIONS OF NEW MEXICO, INC. on behalf of STATE OF NEW MEXICO and VALUEOPTIONS OF NEW MEXICO, INC., <br><br> Plaintiffs <br><br> v. <br><br> PSYCHIATRIC SOLUTIONS, INC., BHC MESILLA VALLEY HOSPITAL d/b/a MESILLA VALLEY HOSPITAL AND PEAK BEHAVIORAL HEALTH SERVICES, INC. <br><br> Defendants. | Case No. CIV <u>09-154 MCA/WPL</u> |

### STIPULATION OF DISMISSAL

Relator ValueOptions of New Mexico, Inc. ("VONM") and Defendants hereby jointly stipulate pursuant to Fed.R.Civ. Pro. 41(a)(1)(A)(ii) to the dismissal of this case with prejudice as to VONM and without prejudice as to the United States.

1. The United States declined to intervene in this action. (Doc. Entry No. 35) In the meantime, VONM has come to the conclusion, and Defendants agree, that this case is a contractual dispute arising out of a business relationship between the parties and that VONM's allegations of overpayments to Defendants do not constitute a violation of the False Claims Act. VONM and Defendants have further agreed that the common law and contractual claims asserted by VONM in this case shall be decided in a binding arbitration proceeding. Any claims under

the False Claims act are not to be submitted to arbitration. In addition, VONM and Defendants BHC Mesilla Valley Hospital, LLC d/b/a Mesilla Valley Hospital and Peak Behavioral Health Services, Inc. (collectively, the "Hospitals") have agreed that the contractual and common law claims the Hospitals have asserted against VONM in a lawsuit filed in the court for the Second Judicial District, County of Bernalillo, New Mexico styled *New Mexico Youth Providers Alliance et al. v. ValueOptions of New Mexico, Inc. et al.*, Case No. CV-2009-06-144 shall likewise be decided in that binding arbitration. VONM believes, therefore, that it is in VONM's best interest to dismiss its claims in this case.

2. The United States of America consents to the dismissal of this case pursuant to 31 U.S. C. §3730(b)(1) on the express condition that this dismissal shall be without prejudice to any and all claims the United States of America has or may have against Defendants based on the facts and circumstances alleged herein, or limit in any manner any right of the United States has or may have to pursue the dismissed claims and any related claims. Further, the parties agree that the False Claims Act allegations and any and all related claims in this case are expressly preserved as to the United States of America. VONM and Defendants also agree that each shall bear its own costs and attorneys' fees. A proposed order is submitted herewith.

CONSENTED TO:

KENNETH J. GONZALES
United States Attorney, District of New Mexico
/s/ Approved via e-mail on 4/11/11
HOWARD R. THOMAS
Assistant United States Attorney
505-224-1508
howard.thomas@usdoj.gov

STIPULATED TO:

LONG, POUND & KOMER, P.A.

/s/ Approved via telephone on 4/12/11
John Pound, Esq.
Jennifer Attrep, Esq.
2200 Brothers Road
P. O. Box 5098
Santa Fe, NM 87502-5098
505-982-8405
505-982-8513 (FAX)

and

STEVENS & LEE

/s/ Approved via e-mail on 4/8/11
Larry B. Selkowitz, Esq. Attorney I.D. 16276
17 North Second Street, 16th Floor
Harrisburg, PA 17101
717-255-7376
717-234-1099 (FAX)
lbs@stevenslee.com

*Counsel for Plaintiff/Relator*


BANNERMAN & JOHNSON, P.A.

/s/ Deborah E.
Deborah E. Mann, Esquire
David H. Johnson, Esquire
2201 Indian School Rd. NE
Building 2, Suite 207
Albuquerque, NM 87110
(505) 837-1900
(505) 837-1800 (facsimile)
dem@nmcounsel.com
dhg@nmcounsel.com

and

RILEY WARNOCK & JACOBSON, PLC

/s/ *Deborah C. M.* (signed with permission)
Steven A. Riley, Esquire
Milton S. McGee, III, Esquire
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 (facsimile)
sriley@rwjplc.com
tmcgee@rwjplc.com

*Counsel for Defendants*