UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES ex rel VALUEOPTIONS OF NEW MEXICO, INC., | : : : | |
| Relator | : : | |
| and | : : | |
| VALUEOPTIONS OF NEW MEXICO, INC. on behalf of STATE OF NEW MEXICO and VALUEOPTIONS OF NEW MEXICO, INC., | : : : : : | Case No. CIV 09-154 MCA/WPL |
| Plaintiffs | : : | |
| v. | : : | |
| PSYCHIATRIC SOLUTIONS, INC., BHC MESILLA VALLEY HOSPITAL d/b/a MESILLA VALLEY HOSPITAL AND PEAK BEHAVIORAL HEALTH SERVICES, INC. | : : : : : : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

Given the parties' Stipulation of Dismissal, the Court finds that it is appropriate to dismiss this case with prejudice as to the claims of Relator ValueOptions of New Mexico, Inc. and to dismiss this case without prejudice as to any and all claims of the United States of America. All False Claims Act allegations and any and all other claims contained in the Amended Complaint are preserved as to the United States of America. Each party shall bear its own costs and attorneys' fees. It is so ORDERED.

_____
United States District Judge

1

Approved by:

KENNETH J. GONZALES
United States Attorney, District of New Mexico

/s/Approved via e-mail on 4/11/11
HOWARD R. THOMAS
Assistant United States Attorney
505-224-1508
howard.thomas@usdoj.gov


LONG, POUND & KOMER. P.A.

/s/ Approved via telephone on 4/12/11
John Pound, Esq.
Jennifer Attrep, Esq.
 2200 Brothers Road
P. O. Box 5098
Santa Fe, NM 87502-5098
505-982-8405
505-982-8513 (FAX)

and

STEVENS & LEE

/s/ Approved via e-mail on 4/8/11
Larry B. Selkowitz, Esq. Attorney I.D. 16276
17 North Second Street, 16th Floor
Harrisburg, PA 17101
717-255-7376
717-234-1099 (FAX)
lbs@stevenslee.com

*Counsel for Plaintiff/Relator*

BANNERMAN & JOHNSON, P.A.

/s/ <u>Deborah E. Mann (submitting attorney)</u>
Deborah E. Mann, Esquire
David H. Johnson, Esquire
2201 San Pedro Blvd. NE
Building 2, Suite 207
Albuquerque, NM 87110
(505) 837-1900
(505) 837-1800 (facsimile)
dem@nmcounsel.com
dhj@nmcounsel.com

and

RILEY WARNOCK & JACOBSON. PLC

/s/ <u>Deborah E. Mann *for S. Riley* (signed with permission)</u>
Steven A. Riley, Esquire
Milton S. McGee, 111, Esquire
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320~3737 (facsimile)
sriley@rwjplc.com
tmcgee@rwjplc.com

*Counsel for Defendants*